No. 469. GENERAL AMERICAN LIFE INSURANCE CO. *v.* STEPHENS. November 23, 1942. Petition for writ of

certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John T. Gose* for petitioner. *Mr. John Stewart Ross* for respondent.